IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| DANIEL N. STEARNS, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| vs. | ) | Case No. 07-CV-01145-MLB |
| | ) | |
| The BOARD OF COUNTY COMMISSIONERS | ) | |
| OF THE COUNTY OF COWLEY, KANSAS, et al,) | | |
| | ) | |
| The CITY OF WINFIELD, KANSAS, | ) | |
| | ) | |
| JERRY DEVORE, Chief of the Winfield Police | ) | |
| Department, | ) | |
| | ) | |
| FLOYD E. CLARKSON, Winfield Police | ) | |
| Department Patrolman, | ) | |
| | ) | |
| JOHN DOE, Winfield Police Department officer | ) | |
| who participated in the strip search of Daniel | ) | |
| Stearns, | ) | |
| | ) | |
| RICHARD DOE, Winfield Police Department | ) | |
| officer who participated in the strip search of | ) | |
| Daniel Stearns, et al. | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**AFFIDAVIT OF JERRY DEVORE,**
**CHIEF OF POLICE OF THE CITY OF WINFIELD, KANSAS**

| | | |
|---|---|---|
| STATE OF KANSAS | ) | |
| | ) | ss: |
| COUNTY OF COWLEY | ) | |

Jerry DeVore, being first duly sworn, states upon personal knowledge as follows:

1.    My name is Jerry DeVore.

2.    On March 23, 2006, I was the Chief of Police of the Police Department of the City of

Winfield, Kansas.

EXHIBIT

B

3.    On 3/23/06, I had been employed by the Winfield Police Department for about twenty-eight (28) years, and as Chief for the last two (2) years.

4.    On March 8, 2006, a Winfield Police Officer, in fresh pursuit after a robbery, shot and killed Danny M. Fruits, plaintiff Stearns' father.

5.    I am a custodian of the records of the Winfield Police Department, and our records show that on 3/18/06, Byron Bumgarner, a 911 Operator/Police Dispatcher at the Winfield Police Department, received a call from Blake Porter, an employee at O'Kelly's Bar, stating that Danny Fruits' son (Stearns) was there, and Porter heard Stearns say "the City Cops had done his Daddy wrong, and he's going to get back at them."

6.    I had a follow-up investigation of that 911 call made, and a transcript of the 911 call is attached hereto as Exhibit a.

7.    I have reviewed the transcript of the 911 call, and compared it to the CD in our file of the 911 call, and the transcript is a true and accurate transcript of the 911 call.

8.    I am a custodian of the records of the Winfield Police Department, and a copy of the Incident Reports of Chad Gordon regarding the 911 call are attached as Exhibit b.

9.    On 3/23/06, I was informed by a Winfield Officer that the Cowley County Attorney had authorized the arrest of Daniel M. Stearns for Disorderly Conduct.

10.    I also personally spoke with Cowley County Attorney Chris Smith, who told me that based on the information he had received from Winfield officers, we did have probable cause for the arrest of Stearns, and with the actions and threats made by Stearns, we should go ahead and arrest him and he (Chris Smith) would get the paperwork filed.

11.    During all of the years that I have been employed, the Winfield Police Department has had a regular practice of carrying out arrests based upon oral communications from the Cowley

County Attorney, without the Cowley County Attorney delivering paper warrants to the Winfield Police Department.

12. This practice was based on the Winfield Police Department's understanding that such communications mean the Cowley County Attorney has determined there is probable cause for an arrest, and normally has obtained a warrant.

13. Based on regular practice followed for many years and my own good faith belief that the Cowley County Attorney had determined there was probable cause to arrest Stearns for Disorderly Conduct, I ordered the arrest of Stearns on 3/23/06 by Winfield Police Officers.

14. At the time I ordered the arrest of Stearns, I also had an independent belief that there was probable cause to arrest Stearns for Disorderly based on his recent conduct reported by Winfield Police Officers.

15. The name of the Officer who shot Fruits was not made public, so plaintiff did not know if he was a Winfield Officer or Sheriff's Deputy.

16. The Cowley County Jail is operated by the Cowley County Sheriff, pursuant to the policies of the Sheriff, and not operated by the Winfield Police Department.

17. I have reviewed the video tape of a strip search of Stearns at the Cowley County Jail on 3/23/06, and the only Winfield Police Officer appearing in the video tape is Officer Floyd Clarkson; there are no others.

18. Officer Clarkson is employed by the Winfield Police Department and has no authority or control over any person, policy or procedure employed for strip searches at the Cowley County Jail.

FURTHER AFFIANT SAYETH NOT.

_Jerry E. DeVore_
Jerry DeVore

SUBSCRIBED AND SWORN before me this _____12th_____ day of _Ctober_____,
2007, by Jerry DeVore.

_____
Notary Public

My Appointment expires:

_____March 1, 2008_____

OFFICIAL SEAL
MICHELLE D. SISSON
MY COMMISSION EXPIRES
March 1, 2008

### TRANSCRIPT OF 911 CALL
### MADE BY BLAKE PORTER OF O'KELLY'S BAR

**911:** Winfield Police Department.

**Porter:** Hey, this is Blake down at O'Kelly's. I got, uh, Danny Fruits's son in here.

**911:** Um-hmm.

**Porter:** I don't know that I'm gonna have an issue with him or not. But I was in the bathroom a little bit ago. He had no idea who I am or anything about me. But he was talkin' to one of the guys in the band, how the City cops done his daddy wrong and he's gonna get back at 'em and what have you. So I don't know that I'll have an issue with him or not, but just kind of a heads up that he's in here.

**911:** Okay.

**Porter:** And, uh, I don't know if you guys know what he looks like or not, but he's dressed all in black, head shaved, little bit of a goatee -- or not goatee but moustache.

**911:** Okay.

**Porter:** So, just kind of a heads up. I may call you if I need anything later.

**911:** Just call me . . .Call me at 911 if you do, okay?

**Porter:** Okay. All right.

**911:** All right.

**Porter:** All right.

**911:** Bye.



**EXHIBIT**

DEVORE

a

tabbies

Page #:   1

## City of Winfield
### Incident Report

11/17/2006   13:53

### Incident  060599-1   ORI  KS0180200

| | | | |
|---|---|---|---|
| Incident Date/Time: | 03/18/06 | To:  03/19/06 | |
| Report Date/Time: | 03/24/06   09:07 | | File#: |
| Time Arrived: | 09:07 | Time Cleared   09:07 | Description:  CRIMES AGAINST PERSON |

| | | | |
|---|---|---|---|
| Complainant: | GORDON,CHAD K | DOB: | Phone(H):   620-221-5555 |
| | 812  MILLINGTON ST | | Race:   W |
| | | | Sex:   M |
| | WINFIELD, | | Ethnic: |
| Occurred At: | 1014  MAIN ST | | Height:   ' 0" |
| | OKELLY'S SPORTS BAR | | Weight:   0 |
| | WINFIELD / | | Hair: |
| Location: | 1-N    -- N OF 9TH,BETWEEN MAIN/COLLEGE | | Eyes: |
| | | | DOC: |

| | | | |
|---|---|---|---|
| Complainant Employer: | | Occupation: | Phone(W):   - - |

### Offenses:

| IBR# | Offense Description | Statute | Status | Loc | Weapons |
|---|---|---|---|---|---|
| 887 | MISC REPORT | 00-0000 | Completed | NIGHTCLUB,BA | |

| | | |
|---|---|---|
| Referral: | NO | Inv Due: |
| Children: | NONE PRESENT | |
| Evidence Taken: | Photo:  N    Fingerprint(s):  N  Other:  N | Status Date:   03/28/06 |

| | | | |
|---|---|---|---|
| Status: | Cleared | Exceptionally Cleared: | |
| Investigator: | | | Inv Assgn: |
| Reporting Officer: | 1930   - GORDON,CHAD | | |
| Supervisor: | | | Supervisor Approved: |
| Entered By: | 1930   - GORDON,CHAD | | |
| Records: | | | Record Approved: |
| Addendum Codes: | ADD / ON VIEW | | |
| Copies To: | NOT APPLICABLE | | |

### Person(s) Involved:

| Description | Name | DOB | Address | City/State | Phone |
|---|---|---|---|---|---|
| Victim | CITY OF WINFIELD POLIC | | 812 MILLINGTON ST | WINFIELD,KS 67156 | - - |
| Suspect | STEARNS,DANIEL NATHA | 06/19/81 | 1414 GRAND AVE | SWEETWATER,TX 79556 | - - |

### News Media

NOT FOR PRESS!!!  Information was recieved about threats made by individual towards Winfield Police Officers.  NOT FOR PRESS!!

### NOTES FOR CASE:   060599

| Date | Time | Officer# | Distributed To |
|---|---|---|---|
| 03/24/06 | 09:09 | 1930 | |

Notes   THIS CASE WAS CREATED TO DOCUMENT SOME THREATS THAT WERE MADE BY
Notes   SUSPECT TOWARD THE WINFIELD POLICE DEPARTMENT/OFFICERS.
Notes   NOT FOR PRESS!!

**EXHIBIT**

tabbies

DEVORE

b

**CW-S0204**

**City of Winfield**

Page #:   2

**Incident Report**

11/17/2006   13:53

## Incident  060599-1   ORI  KS0180200

*Victim#    1*

| | |
|---|---|
| **Name:**  CITY OF WINFIELD POLICE DEPT | **Race:** |
| **DOB:**           **Type:**  Society | **Sex:** |
| | **Ethn:**     none |
| **Phone(H):**    - - | **Height:**    '0" |
| 620-221-5555 | **Weight:**   0 |
| **Phone(W):**  812  MILLINGTON ST | **Hair:**      None |
| | **Eyes:** |
| | **Resd:** |
| **SSN:**      - -      **OLN:**                      St | **Age:**      **   - |
| **DOC:** | |
| **Injuries:**  1.              2.              3.              4.              5. | |

*Subject #    1 -  Suspect*

| | |
|---|---|
| **Name:**  STEARNS,DANIEL NATHANIEL | **Race:**     White |
| **DOB:**     06/19/81 | **Sex:**      Male |
| | **Ethn:**     NonHispanic |
| **Phone:**     - - | **Height:**   6'02" |
| 1414  GRAND AVE | **Weight:**  155 |
| | **Hair:**     Brown |
| SWEETWATER,TX 79556 | **Eyes:**     Brown |
| **SSN:**      - - | **Skin:** |
| **DOC:** | **Face:**     n/a |
| **OLN:**     11511273            **ST:**  TX | **Age:**      24    - |

*Vehicle*

No record found

*Property*

| ## | Loss Type | Qnt | Make, Model, Style | Description | Serial # | Value | Recover Date | Recover Value |
|---|---|---|---|---|---|---|---|---|
| 1 | Safekee1 | | | CD WITH TELEPHONE CALL FO | | 0.00 | 03/28/06 | 0.00 |

**Notes:**  NO EXHIBIT NUMBER.  A copy of the telephone call between Okelly's Bar & Winfield PD.  Copy made by Capt. Stone upon my request.  A 2nd copy

**CW-S0205**

## Incident Narrative
## 060599

### GORDON NARRATIVE REPORT

On March 24, 2006 this case was created to document some information that had been reported to the Winfield Police Department about some threats that had been made by individual (Daniel Stearns) toward the Police Department and/or Officers. At the time that the threats were made, a report was not deemed as being necessary. But due to recent events, it was decided to create a report to have a permanent record to document the threats that were overheard. The recent events can be viewed in Winfield PD Case 06 0593 and 06 0598. There was another incident where some threats were said in the presence of Officer Ryan Walker as well. At this moment, a case has not been created to document that incident.

In case 06 0598, Mr. Stearns was arrested for Disorderly Conduct. He was booked into the Cowley County Jail for this charge. As a result of this, a mug shot was taken by a jail staff member. A copy of this mug shot is available for viewing in Supplemental Report One of this case.

The general information that I was given was that Mr. Stearns was inside of OKellys' Bar (located at 1014 Main Street in Winfield) speaking about his father's "murder". He reportedly also said that the Police Department "would pay" for what they had done.

Upon being told this and the decision being made to create this case, I began by trying to determine how this information became available to the Police Department. I was informed that Blake Porter, a member of management for OKellys' Bar was the person who had called the Police Department to report the information. I was also told that either Denny Wilkerson or Byron Bumgarner was the dispatcher that was working the night that this information came into the Police Department. I was told that the information possibly came to the Police Department on Saturday (March 18th). By reviewing the Dispatch Schedule, it appears that Margaret Tanner was working on Second Shift and Byron Bumgarner was working on Third Shift.

On March 24, 2006 at 11:12 am, I made contact with Mr. Blake Porter via telephone. Mr. Porter stated that he had seen a person in his bar that was making comments about the Winfield Police Department killing his daddy. Mr. Porter indicated that he did not know the person's name. Mr. Porter indicated that he was standing along a corner of the bar and overheard statements made by this person.

I asked Mr. Porter for more details about what this person (Stearns) was talking about when he was in the bar. I was informed that the person was buying drinks for people that he was sitting with. These people that he was sitting with, he described as "local drug dealers". This person made a comment that he was going to get the "local drug dealers" "fucked up" so the cops could "fuck with them" "rather than fucking with his dad".

Mr. Porter indicated that he recalled the person (Stearns) making general comments that he was down on the Winfield Police Department for what they had done to his dad. He did not recall specific comments made about the Police, but did remember him referring to them as "pigs".

CW-S0206

# Incident Narrative
## 060599

I asked Mr. Porter if he ever heard the person (Stearns) made any threats to do anything to the Police Department or any if its officers.  He told me that he did not recall any threats being made.

Mr. Porter did tell me that as the evening went on, that they asked the person (Stearns) to leave the bar, due to some actions.  He said that the person was staring at customers with both fists clenched, as if he was looking to fight with someone.  Mr. Porter told me that this person was asked to leave before any problems started.

Mr. Porter asked about this person, as if he had done something.  I informed Mr. Porter that we were just looking into reports about possible threats being made by this individual due to his father being killed.

I asked Mr. Porter if he had called the Police Department and possibly spoken with a Dispatcher about the person being in the bar.  He told me that he did call and spoke to a Dispatcher to let them know that this person was in town and some of the comments that he was making.

This concluded my telephone call with Mr. Blake Porter.

This is all this officer has to report at this time.


Investigator Chad Gordon
Winfield Police Department

**CW-S0207**

# City of Winfield

Page #:   1

## Incident Report

11/17/2006   13:54

## Incident  060599-2   ORI  KS0180200

| | | | | |
|---|---|---|---|---|
| Incident Date/Time: | 03/18/06 | 08:13 | To: 03/19/06 | |
| Report Date/Time: | 03/24/06 | 11:33 | | File#: |
| Time Arrived: | | 09:07 | Time Cleared   09:07 | Description:  CRIMES AGAINST PERSON |

| | | | |
|---|---|---|---|
| **Complainant:** | GORDON,CHAD K | **DOB:** | **Phone(H):**   620-221-5555 |
| | 812  MILLINGTON ST | | **Race:**   W |
| | | | **Sex:**   M |
| | WINFIELD, | | **Ethnic:** |
| **Occurred At:** | 1014  MAIN ST | | **Height:**   ' 0" |
| | OKELLY'S SPORTS BAR | | **Weight:**   0 |
| | | | **Hair:** |
| | WINFIELD / | | **Eyes:** |
| **Location:** | 1-N       -- N OF 9TH,BETWEEN MAIN/COLLEGE | | **DOC:** |

| | | | |
|---|---|---|---|
| **Complainant Employer:** | | **Occupation:** | **Phone(W):**   - - |

*Offenses:*

No record found

| | | |
|---|---|---|
| **Referral:** | NO | **Inv Due:** |
| **Children:** | NONE PRESENT | **Status Date:** |
| **Evidence Taken:** | **Photo:** N   **Fingerprint(s):** N **Other:** N | |

| | | |
|---|---|---|
| **Status:** | Active | **Exceptionally Cleared:** |
| **Investigator:** | - | |
| **Reporting Officer:** | 1930   - GORDON,CHAD | **Inv Assgn:** |
| **Supervisor:** | - | |
| **Entered By:** | 1930   - GORDON,CHAD | **Supervisor Approved:** |
| **Records:** | - | **Record Approved:** |
| **Addendum Codes:** | ADD / ON VIEW | |
| **Copies To:** | | |

*Person(s) Involved:*

No record found

*News Media*

NOT FOR PRESS!!!  Information was recieved about threats made by individual towards Winfield Police Officers.  NOT FOR PRESS!!

*NOTES FOR CASE:   060599*

| Date | Time | Officer# | Distributed To |
|---|---|---|---|
| 03/24/06 | 09:09 | 1930 | |
| Notes | THIS CASE WAS CREATED TO DOCUMENT SOME THREATS THAT WERE MADE BY | | |
| Notes | SUSPECT TOWARD THE WINFIELD POLICE DEPARTMENT/OFFICERS. | | |
| Notes | NOT FOR PRESS!! | | |

No record found

*Vehicle*

No record found

*Property*

No record found

**CW-S0208**

**Incident Narrative**
**060599_2**

### DISPATCHER INFORMATION OBTAINED

On March 23, 2006 I sent e-mail messages to Dispatchers Dennis Wilkinson and Byron Bumgarner to see if they recalled receiving the telephone call from Blake Porter last Saturday night.

On March 24, 2006 I obtained an e-mail message from Dispatcher Wilkinson, who advised that he was not the person who had received the telephone call the night of this incident.

This is all this officer has to report at this time.


Investigator Chad Gordon
Winfield Police Department

**CW-S0209**

# City of Winfield
## Incident Report

Page #:   1

11/17/2006   13:54

## Incident  060599-3   ORI  KS0180200

| | | | |
|---|---|---|---|
| Incident Date/Time: | 03/18/06 | 08:13 | To:  03/19/06 |
| Report Date/Time: | 03/27/06 | 14:46 | File#: |
| Time Arrived: | | 09:07 | Time Cleared   09:07   Description:  CRIMES AGAINST PERSON |

| | | | |
|---|---|---|---|
| Complainant: | GORDON,CHAD K | DOB: | Phone(H):   620-221-5555 |
| | 812 MILLINGTON ST | | Race:   W |
| | | | Sex:   M |
| | WINFIELD, | | Ethnic: |
| Occurred At: | 1014 MAIN ST | | Height:   '0" |
| | OKELLY'S SPORTS BAR | | Weight:   0 |
| | WINFIELD / | | Hair: |
| Location: | 1-N       -- N OF 9TH,BETWEEN MAIN/COLLEGE | | Eyes: |
| | | | DOC: |

| | | |
|---|---|---|
| Complainant Employer: | Occupation: | Phone(W):    - - |

**Offenses:**

No record found

| | | |
|---|---|---|
| Referral: | NO | Inv Due: |
| Children: | NONE PRESENT | Status Date: |
| Evidence Taken: | Photo:  N    Fingerprint(s): N Other:  N | |

| | | |
|---|---|---|
| Status: | Active | Exceptionally Cleared: |
| Investigator: | - | |
| Reporting Officer: | 1930   - GORDON,CHAD | Inv Assgn: |
| Supervisor: | - | |
| Entered By: | 1930   - GORDON,CHAD | Supervisor Approved: |
| Records: | - | |
| Addendum Codes: | ADD / ON VIEW | Record Approved: |
| Copies To: | | |

**Person(s) Involved:**

No record found

**News Media**

NOT FOR PRESS!!!  Information was recieved about threats made by individual towards Winfield Police Officers.  NOT FOR PRESS!!

**NOTES FOR CASE:   060599**

| Date | Time | Officer# | Distributed To |
|---|---|---|---|
| 03/24/06 | 09:09 | 1930 | |
| Notes | THIS CASE WAS CREATED TO DOCUMENT SOME THREATS THAT WERE MADE BY | | |
| Notes | SUSPECT TOWARD THE WINFIELD POLICE DEPARTMENT/OFFICERS. | | |
| Notes | NOT FOR PRESS!! | | |

No record found

**Vehicle**

No record found

**Property**

No record found

CW-S0210

# Incident Narrative
## 060599_3

### BUMGARNER INFORMATION OBTAINED

On March 27, 2006 I received an e-mail message from Byron Bumgarner, a dispatcher with the Winfield Police Department.  This e-mail was sent to me as a result of an e-mail that I sent to both Bumgarner and to a different dispatcher, who is Dennis Wilkinson.

Mr. Bumgarner indicated or forwarded the telephone conversation that he took when Blake Porter called the Police Department to report Mr. Stearns being at OKelly's Bar.  This telephone call came in on March 18, 2006 at 11:15 pm.

In the e-mail, there was an icon that would allow you to play the recorded telephone conversation.

I forwarded the e-mail to Capt. Brett Stone and requested that the telephone call be burned onto a computer disc.

This is all this officer has to report at this time.

Investigator Chad Gordon
Winfield Police Department

**CW-S0211**

# City of Winfield
## Incident Report

Page #:   1

11/17/2006   13:55

## Incident  060599-4   ORI  KS0180200

| | | | |
|---|---|---|---|
| Incident Date/Time: | 03/18/06 | 08:13 | To:  03/19/06 |
| Report Date/Time: | 03/28/06 | 12:35 | File#: |
| Time Arrived: | | 09:07 | Time Cleared   09:07 |

Description:  CRIMES AGAINST PERSON

| | | | |
|---|---|---|---|
| **Complainant:** | GORDON,CHAD K | **DOB:** | **Phone(H):**  620-221-5555 |
| | 812  MILLINGTON ST | | **Race:**  W |
| | | | **Sex:**  M |
| | WINFIELD, | | **Ethnic:** |
| **Occurred At:** | 1014  MAIN ST | | **Height:**  '0" |
| | OKELLY'S SPORTS BAR | | **Weight:**  0 |
| | WINFIELD / | | **Hair:** |
| **Location:** | 1-N       -- N OF 9TH,BETWEEN MAIN/COLLEGE | | **Eyes:** |
| | | | **DOC:** |

| | | |
|---|---|---|
| **Complainant Employer:** | **Occupation:** | **Phone(W):**   - - |

**Offenses:**

No record found

| | | | |
|---|---|---|---|
| **Referral:** | NO | **Inv Due:** | |
| **Children:** | NONE PRESENT | **Status Date:** | 03/28/06 |
| **Evidence Taken:** | Photo:  N      Fingerprint(s):  N  Other:  N | | |

| | | | |
|---|---|---|---|
| **Status:** | Cleared | **Exceptionally Cleared:** | |
| **Investigator:** | - | | **Inv Assgn:** |
| **Reporting Officer:** | 1930   - GORDON,CHAD | | |
| **Supervisor:** | - | | **Supervisor Approved:** |
| **Entered By:** | 1930   - GORDON,CHAD | | |
| **Records:** | - | | **Record Approved:** |
| **Addendum Codes:** | ADD / ON VIEW | | |
| **Copies To:** | | | |

**Person(s) Involved:**

No record found

**News Media**

NOT FOR PRESS!!!  Information was recieved about threats made by individual towards Winfield Police Officers.  NOT FOR PRESS!!

**NOTES FOR CASE:   060599**

| Date | Time | Officer# | Distributed To |
|---|---|---|---|
| 03/24/06 | 09:09 | 1930 | |
| Notes | THIS CASE WAS CREATED TO DOCUMENT SOME THREATS THAT WERE MADE BY | | |
| Notes | SUSPECT TOWARD THE WINFIELD POLICE DEPARTMENT/OFFICERS. | | |
| Notes | NOT FOR PRESS!! | | |

No record found

**Vehicle**

No record found

**Property**

No record found

CW-S0212

# Incident Narrative
# 060599_4

### CASE CLOSURE REPORT

On March 28, 2006 I was contacted by Captain Brett Stone, who advised that two copies (made on CDs) of the telephone conversation between Blake Porter of Okelly's Bar and Byron Bumgarner of the Winfield Police Department was done.  This copying was done upon my request.

On copy will be placed in my case jacket and the other will be placed in the Evidence Room for storage purposes.

This concludes all investigative measures taken in the case.

I have nothing further to report at this time.


Investigator Chad Gordon
Winfield Police Department


CW-S0213

# Incident Narrative
## 060599_1

STEARNS MUG SHOT FROM COWLEY COUNTY SHERIFF'S DEPARTMENT





CW-S0214

# KANSAS STANDARD OFFENSE REPORT

### FRONT PAGE OPEN PUBLIC RECORD

PAGE **1** OF **1**

☐ INITIAL   ☐ DELETE
☐ MODIFY   ☐ ADD

☒ ON VIEW   ☐ DISPATCHED   **NAME OF AGENCY**   **KS AGENCY ORI NUMBER**   **CASE NUMBER**
☐ CITIZEN

WINFIELD PD   KS0180200   060599

## INCIDENT

| DATE OFFENSE STARTED (MMDDCCYY) | TIME (HHMM) | DATE OFFENSE ENDED (MMDDCCYY) | TIME (HHMM) | DATE OF REPORT (MMDDCCYY) |
|---|---|---|---|---|
| 03182006 | 08:13 | 03192006 | | 03242006 |

EXCEPTIONAL CLEARANCE DATE (MMDDCCYY)   EXCEPTIONAL CLEARANCE   A. ☐ DEATH OF OFFENDER   B. ☐ PROSECUTION DENIED   C. ☐ EXTRADITION DENIED   D. ☐ VICTIM REFUSES TO TESTIFY   E. ☐ JUVENILE - NO CUSTODY   N. ☐ NOT APPLICABLE

| LOCATION OF OFFENSE | REPORT AREA | TIME REPORTED | TIME ARRIVED | TIME CLEARED |
|---|---|---|---|---|
| 1014 MAIN ST  WINFIELD | 1-N-N OF 9TH, BETWEEN | 08:13 | 09:07 | 09:07 |

## OFFENSE # 1

| CHAPTER | SECTION | SUB 1 | SUB 2 | |
|---|---|---|---|---|
| 00-0000 | | | | ☐ ATTEMPTED  ☐ COMPLETED / ☐ AID / ABET  ☐ CONSPIRACY  ☐ SOLICITACY |

DESCRIPTION: MISC REPORT

| PREMISE | # OF PREM. | HATE/BIAS | CAMPUS CODE | METHOD OF ENTRY |
|---|---|---|---|---|
| 31 | 0 | 88 | | F. ☐ FORCE   N. ☐ NO FORCE |

**TYPE OF THEFT**
M. ☐ COIN MACHINE
B. ☐ FROM BUILDING
A. ☐ M V PARTS & ACC.
L. ☐ SHOPLIFTING
P. ☐ POCKET-PICKING
S. ☐ PURSE SNATCHING
E. ☐ EMBEZZLEMENT
T. ☐ POSS. STOLEN PROP.
V. ☐ MOTOR VEHICLE
F. ☐ THEFT FROM M V
O. ☐ ALL OTHER
N. ☐ NOT APPLICABLE

**TYPE OF FORCE / WEAPON**
11. ☐ FIREARM   ☐ AUTO
12. ☐ HANDGUN   ☐ AUTO
13. ☐ RIFLE   ☐ AUTO
14. ☐ SHOTGUN   ☐ AUTO
15. ☐ OTHER FIREARM   ☐ AUTO
20. ☐ KNIFE / CUT INSTR.
30. ☐ BLUNT OBJECT
35. ☐ MOTOR VEHICLE
40. ☐ PERSONAL WEAPON
50. ☐ POISON
60. ☐ EXPLOSIVE
65. ☐ FIRE / INCID / DEVICE
70. ☐ DRUGS / NARC.
85. ☐ ASPHYXIATION
90. ☐ OTHER
95. ☐ UNKNOWN
99. ☐ NONE

**OFFENDER SUSPECTED OF USING (SELECT UP TO 3)**
A. ☐ ALCOHOL   D. ☐ DRUG / NARCOTICS
C. ☐ COMPUTER EQUIP.   N. ☐ NOT APPLICABLE

**TYPE OF CRIMINAL ACTIVITY (SELECT UP TO 3)**
B. ☐ BUYING / RECEIVING
C. ☐ CULT / MANU / PUBL
D. ☐ DIST / SELLING
O. ☐ EXPLOIT. CHILDREN
O. ☐ OPER / PROMOTE / ASSIST
P. ☐ POSSESS / CONCEAL.
T. ☐ TRANS / TRANSMIT / IMPORT
U. ☐ USING / CONSUMING
J. ☐ JUVENILE GANG
G. ☐ OTHER GANG
N. ☐ NO GANG INVOLVEMENT

LOCAL CODE:

## OFFENSE #

| CHAPTER | SECTION | SUB 1 | SUB 2 | |
|---|---|---|---|---|
| | | | | ☐ ATTEMPTED  ☐ COMPLETED / ☐ AID / ABET  ☐ CONSPIRACY  ☐ SOLICITACY |

DESCRIPTION:

| PREMISE | # OF PREM. | HATE/BIAS | CAMPUS CODE | METHOD OF ENTRY |
|---|---|---|---|---|
| | | | | F. ☐ FORCE   N. ☐ NO FORCE |

**TYPE OF THEFT**
M. ☐ COIN MACHINE
B. ☐ FROM BUILDING
A. ☐ M V PARTS & ACC.
L. ☐ SHOPLIFTING
P. ☐ POCKET-PICKING
S. ☐ PURSE SNATCHING
E. ☐ EMBEZZLEMENT
T. ☐ POSS. STOLEN PROP.
V. ☐ MOTOR VEHICLE
F. ☐ THEFT FROM M V
O. ☐ ALL OTHER
N. ☐ NOT APPLICABLE

**TYPE OF FORCE / WEAPON**
11. ☐ FIREARM   ☐ AUTO
12. ☐ HANDGUN   ☐ AUTO
13. ☐ RIFLE   ☐ AUTO
14. ☐ SHOTGUN   ☐ AUTO
15. ☐ OTHER FIREARM   ☐ AUTO
20. ☐ KNIFE / CUT INSTR.
30. ☐ BLUNT OBJECT
35. ☐ MOTOR VEHICLE
40. ☐ PERSONAL WEAPON
50. ☐ POISON
60. ☐ EXPLOSIVE
65. ☐ FIRE / INCID / DEVICE
70. ☐ DRUGS / NARC.
85. ☐ ASPHYXIATION
90. ☐ OTHER
95. ☐ UNKNOWN
99. ☐ NONE

**OFFENDER SUSPECTED OF USING (SELECT UP TO 3)**
A. ☐ ALCOHOL   D. ☐ DRUG / NARCOTICS
C. ☐ COMPUTER EQUIP.   N. ☐ NOT APPLICABLE

**TYPE OF CRIMINAL ACTIVITY (SELECT UP TO 3)**
B. ☐ BUYING / RECEIVING
C. ☐ CULT / MANU / PUBL
D. ☐ DIST / SELLING
O. ☐ EXPLOIT. CHILDREN
O. ☐ OPER / PROMOTE / ASSIST
P. ☐ POSSESS / CONCEAL.
T. ☐ TRANS / TRANSMIT / IMPORT
U. ☐ USING / CONSUMING
J. ☐ JUVENILE GANG
G. ☐ OTHER GANG
N. ☐ NO GANG INVOLVEMENT

LOCAL CODE:

## VICTIM # 1

**TYPE OF VICTIM**
I. ☐ INDIVIDUAL   S. ☒ SOCIETY / PUBLIC   R. ☐ RELIGIOUS ORGANIZATION   O. ☐ OTHER
B. ☐ BUSINESS   F. ☐ FINANCIAL INSTITUTION   G. ☐ GOVERNMENT   U. ☐ UNKNOWN

**VICTIM OF OFFENSE NUMBER  ( CIRCLE )**   ①  2.  3.  4.  5.  6.  7.  8.  9.  10.

| NAME: LAST | FIRST | MIDDLE |
|---|---|---|
| CITY OF WINFIELD POLICE DEPT | | |

| ADDRESS: STREET | CITY | STATE | ZIP |
|---|---|---|---|
| 812 MILLINGTON ST | WINFIELD | KS | 67156 |

| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES. / N- RES. | AGE | DATE OF BIRTH (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ** | | | | | |

DRIVERS LICENSE NUMBER   D L STATE   SOCIAL SECURITY NUMBER   EMPLOYER / SCHOOL

| TELEPHONE NUMBER (WORK/SCHOOL) | ADDRESS: STREET | CITY | STATE | ZIP |
|---|---|---|---|---|
| 620-221-5555 | | | | |

CIRCUM. AGG ASLT/BATTERY (MAX 2)   1.   2.
VICTIMS RELATIONSHIP TO CORRESPONDING SUSPECT NUMBER (INDICATE ALL SUSPECTS)   1.  2.  3.  4.  5.  6.  7.  8.  9.  10.
TYPE OF INJURY (MAX 5)   1.  2.  3.  4.  5.

## DC / W / O (RP)

| NAME: LAST | FIRST | MIDDLE | ADDRESS: STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| GORDON, CHAD K | | | 812 MILLINGTON ST , WINFIELD, KS 67156 | | | |

| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES./N- RES. | AGE | DATE OF BIRTH (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| 620-221-5555 | W | M | N | R | 35 | 08181970 | 5'07" | 195 | BRO | GRN |

| EMPLOYER / SCHOOL | ADDRESS: STREET   CITY   STATE   ZIP | TELEPHONE NUMBER (WORK/SCHOOL) |
|---|---|---|
| CITY OF WINFIELD POLICE D | | 620-221-5555 |

## PROP. DESCRIPTION

TYPE PROPERTY LOSS   1 = NONE   2 = BURNED   3 = COUNTERFEITED / FORGERY   4 = DESTROYED / DAMAGED / VANDALIZED   5 = RECOVERED   6 = SEIZED   7 = STOLEN   8 = UNKNOWN

| TYPE LOSS | PROPERTY / DRUG CODE | DESCRIPTION / SUSPECTED DRUG TYPE | ESTIMATED QUANTITY | FRACTION | TYPE DRUG MEASURE | VALUE | DATE RECOVERED |
|---|---|---|---|---|---|---|---|
| S | 0606 | CD WITH TELEPHONE CALL FOOTAG | 1 | .000 | | 0.00 | 03282006 |

| REPORTING OFFICER | BADGE / ID | DATE | COPIES TO: | PROPERTY TOTAL |
|---|---|---|---|---|
| GORDON, CHAD | 1930 | 03242006 | NOT APPLICABLE | 0.00 |

CW-S0215

# CRIMINAL INVESTIGATION RECORD / NOT AN OPEN PUBLIC RECORD

| AGENCY ORI NUMBER | CASE NUMBER | DATE OF REPORT (MMDDCCYY) | PAGE |
|---|---|---|---|
| KS0180200 | 060599 | 03242006 | 2 OF 1 |

**METHOD OF OPERATION**

**INSTRUMENT USED FOR ENTRY**
1. ☐ KEY
2. ☐ PRY TOOL
3. ☐ SAW / DRILL
4. ☐ HAMMER
5. ☐ BOLT CUTTER
6. ☐ CHOPPING TOOL
7. ☐ VISE GRIPS
8. ☐ PHYSICAL FORCE
9. ☐ THROWN OBJECT
10. ☐ OTHER
11. ☐ NOT APPLICABLE

**POINT OF ENTRY**
9. ☐ NOT APPLICABLE
1. ☐ FRONT   2. ☐ REAR
3. ☐ SIDE    4. ☐ ROOF

**POINT OF EXIT**
9. ☐ NOT APPLICABLE
1. ☐ FRONT   2. ☐ REAR
3. ☐ SIDE    4. ☐ ROOF

**PREMISE NEIGHBORHOOD**
R. ☐ RURAL / FARM / AGRICULTURE
S. ☐ SUBURBAN / RESIDENCE
B. ☒ URBAN / BUSINESS / COMMERCIAL
U. ☐ UNINHABITED
N. ☐ NOT APPLICABLE

**SAFE ENTERED**
1. ☐ YES    3. ☐ ATTEMPTED   5. ☐ PEELED    7. ☐ COMBINATION KNOWN
2. ☐ NO     4. ☐ REMOVED     6. ☐ EXPLODED  9. ☒ NOT APPLICABLE

**INCIDENT ACTIVITY**
C. ☐ DOMESTIC VIOLENCE CHILDREN PRESENT
D. ☐ DOMESTIC VIOLENCE
J. ☐ CAR JACKING
N. ☐ NOT APPLICABLE

---

**SUSPECT # 1**

| NAME:   LAST | FIRST | MIDDLE |
|---|---|---|
| STEARNS,DANIEL NATHANIEL | | |

| ADDRESS:   STREET | CITY | STATE | ZIP |
|---|---|---|---|
| 1414 GRAND AVE | SWEETWATER | TX | 79556 |

| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES. / N-RES. | AGE | DATE OF BIRTH (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| | W | M | N | R | 24 | 06191981 | 6'02" | 155 | BRO | BRO |

| EMPLOYER / SCHOOL | ADDRESS | TELEPHONE NUMBER (WORK/SCHOOL) |
|---|---|---|
| | | |

MONIKERS / ALIAS

ADDITIONAL SUSPECT DESCRIPTORS
SSN=   OLN=11511273   FBI=   KBI=

| SUSPECT VEHICLE:   MAKE | YEAR | MODEL | COLOR | VEHICLE STYLE |
|---|---|---|---|---|
| | | | | |

| LICENSE NUMBER | YEAR | STATE | VEHICLE IDENTIFICATION NUMBER | OTHER |
|---|---|---|---|---|
| | | | | |

---

**SUSPECT #**

| NAME:   LAST | FIRST | MIDDLE |
|---|---|---|
| | | |

| ADDRESS:   STREET | CITY | STATE | ZIP |
|---|---|---|---|
| | | | |

| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES. / N-RES. | AGE | DATE OF BIRTH (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| EMPLOYER / SCHOOL | ADDRESS | TELEPHONE NUMBER (WORK/SCHOOL) |
|---|---|---|
| | | |

MONIKERS / ALIAS

ADDITIONAL SUSPECT DESCRIPTORS

| SUSPECT VEHICLE:   MAKE | YEAR | MODEL | COLOR | VEHICLE STYLE |
|---|---|---|---|---|
| | | | | |

| LICENSE NUMBER | YEAR | STATE | VEHICLE IDENTIFICATION NUMBER | OTHER |
|---|---|---|---|---|
| | | | | |

---

**EVIDENCE INFORMATION**
☐ NONE   ☐ SUBMITTED   ☐ RETAINED BY VICTIM   ☐ RETAINED BY OFFICER   ☒ RETAINED BY INVESTIGATIVE AGENCY   ☐ TRANSFER TO OTHER AGENCY
☐ OTHER _____

**EVIDENCE OBTAINED**
☐ LATENT PRINTS   ☐ WEAPONS / TOOLS   ☐ SEXUAL ASSAULT KIT   ☐ STAINS   ☐ SEMEN   ☐ DRUGS
☐ OTHER PRINTS   ☐ PHOTOS   ☐ HAIR   ☐ BLOOD   ☐ DOCUMENTS   ☐ ALCOHOL
☐ OTHER _____

| EVIDENCE COLLECTOR | LOCATION STORED |
|---|---|
| | B43 |

**DESCRIBE BRIEFLY HOW OFFENSE WAS COMMITTED**

SUSPECT TOWARD THE WINFIELD POLICE DEPARTMENT/OFFICERS.

NOT FOR PRESS!!

CW-S0216